JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>A. B. HOSPITALITY INC., a California corporation,<br><br>Defendant. | Case No: 8:23-cv-00080-DOC-DFM<br><br>**ORDER GRANTING MOTION FOR DEFAULT JUDGMENT [18]** |

**Upon Motion and good cause shown,**

**IT IS HEREBY ORDERED granting Plaintiff's Motion for Default Judgment. It is ordered, and the Court is asked to enter Judgment in the following particulars:**

- ✓ Defendant violated Title III of the Americans With Disabilities Act;

- ✓ Within thirty days of Judgment, Defendant is ordered to mark an access aisle at the passenger loading zone at the hotel, compliant with Section 503 of the 2010 Standards of Accessible Design;

- ✓ Closure of the hotel IF Defendant does not remediate the barrier alleged within 30 days of Judgment;

- ✓ Within thirty days of Judgment, Defendant shall pay to the order of Theresa Brooke the sum of $4,000.00, which represents damages pursuant to the Unruh Civil Rights Act;

- ✓ Within thirty days of Judgment, Defendant shall pay to the order of Theresa Brooke the sum of $5,550.00, which represents attorney's fees damages she incurred in the prosecution of this case; and,

- ✓ Within thirty days of Judgment, Defendant shall pay to the order of Theresa Brooke the sum of $490.00, which represents costs she incurred in the prosecution of this case.

DATED this __28th_ day of ____March_, 2023.

_____
U.S. District Court Judge